IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE HOWARD and <br> MARGARET HOWARD <br><br> Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION; <br> BAYER AG; <br> GLAXOSMITHKLINE, PLC; <br> GLAXOSMITHKLINE; <br> SMITHKLINE BEECHAM <br><br> Defendants. | : <br> : <br> : CIVIL ACTION NO. 02-CV-3907 <br> : <br> : <br> : <br> : <br> : ENTRY OF APPEARANCE <br> : <br> : <br> : <br> : <br> : <br> : |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____  _____

Hope S. Freiwald        Aline Fairweather


_____  _____

Alison T. Conn         Kirstin J. Miller


Dated: July _____, 2002    DECHERT PRICE & RHOADS
                 4000 Bell Atlantic Tower
                 1717 Arch Street
                 Philadelphia, PA  19103-2793
                 (215) 994-4000